Elwyn D. Zimmerman
Zim Investigations, LLC
1429 Jefferson Terrace
Bedford, VA 24523

(434) 473-5220
zim.investigations@gmail.com
DCJS ID #99-670018

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court
Western District of VA

Case No.: 6:23CV00014

**Regina Davis**              v.          **City of Lynchburg, et. al.**
Plaintiff                                      Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: LPD Officer Samuel Gifford c/o Matthew Freedman, City Attorney

Address: 900 Church Street, Lynchburg, VA 24504

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on __4/14/23__ at __415__ a.m./p.m.

## MANNER OF SERVICE

[ ] Delivering a copy of the summons and of the complaint to the individual personally
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: _____
[✗] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: _Susan Hartman_ _____

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this __17__ day of __April__, 2023 in Bedford, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY /COUNTY: _Lynchburg_

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this __17th__ day of __April__, 2023.

Notary Public
Notary Registration No.: _384357_
My Commission Expires: _12/31/2024_