Elwyn D. Zimmerman  (434) 473-5220
Zim Investigations, LLC  zim.investigations@gmail.com
1429 Jefferson Terrace  DCJS ID #99-670018
Bedford, VA 24523

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  Case No.: 6:23CV00014
Western District of VA

**Regina Davis**     v.     **City of Lynchburg, et. al.**
Plaintiff           Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: LPD Officer Michael Pupillo c/o Matthew Freedman, City Attorney

Address: 900 Church Street, Lynchburg, VA 24504

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on 4/14/23 at 4:15 a.m./p.m.

**MANNER OF SERVICE**

[ ] Delivering a copy of the summons and of the complaint to the individual personally
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: _____
[X] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: Susan Hartman

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this 17 day of April, 2023 in Bedford, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY /COUNTY: Lynchburg

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this 17th day of April, 2023.

Notary Public
Notary Registration No.: 354317
My Commission Expires: 12/31/2024