IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| REGINA DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action: 6:23cv00014 |
| CITY OF LYNCHBURG, RYAN ZUIDEMA, et al. | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Defendants, by counsel, respectfully move for an extension of time to May 19, 2023, to file responsive pleadings.

1. Defendants request that their time for filing responsive pleadings be extended to May 19, 2023.

2. Counsel for Plaintiff does not object to the extension of time.

WHEREFORE, Defendants respectfully request an extension of time, to May 19, 2023, to file responsive pleadings.

Respectfully Submitted,

CITY OF LYNCHBURG
RYAN ZUIDEMA
S.H. GIFFORD
M. PUPILLO

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Guynn Waddell, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320

1

Fax: 540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jim H. Guynn, Jr.
Jim H. Guynn (VSB #22299)
Guynn Waddell, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendants*