IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| REGINA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action: 6:23cv00014 |
| | ) |
| CITY OF LYNCHBURG, | ) |
| RYAN ZUIDEMA, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

Defendants by counsel, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint and in support thereof state that the Complaint fails to state a claim upon which relief can be granted as more fully set forth in Defendants' Memorandum in Support of Motion to Dismiss.

**WHEREFORE**, Defendants respectfully move the Court to dismiss the Complaint with prejudice.

**CITY OF LYNCHBURG**
**RYAN ZUIDEMA**
**S.H. GIFFORD**
**M. PUPILLO**

By /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Matthew J. Schmitt (VSB# 96513)
Guynn Waddell, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Matthew J. Schmitt (VSB# 96513)
Guynn Waddell, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
   *Attorney for Defendants*