IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **REGINA DAVIS,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CITY OF LYNCHBURG,** | ) |
| | ) |
| **RYAN ZUIDEMA, CHIEF OF THE** | ) |
| **LYNCHBURG POLICE DEPARTMENT,** | )   **CASE NO.: 6:23cv00014** |
|    in his official capacity | ) |
| | ) |
| **POLICE OFFICER #1 S.H. GIFFORD** | ) |
| **(In official capacity and as individual)** | ) |
| | ) |
| **POLICE OFFICER #2 M. PUPILLO** | ) |
| **(In official capacity and as individual)** | ) |
|    *Defendants*. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, by counsel and pursuant to Rule 41(a)(1)(A)(ii) tenders this

STIPULATION OF DISMISSAL WITH PREJUDICE as to all counts and to all parties.

Respectfully Submitted,

REGINA DAVIS
By Counsel

| | |
|---|---|
| **JAMES RIVER LEGAL ASSOCIATES** | **GUYNN & WADDELL, P.C.** |
| **7601 Timberlake Road** | **415 S. College Avenue** |
| **Lynchburg, Virginia 24502** | **Salem, Virginia 24153** |
| **P (434) 845-4529** | **P (540) 387-2320** |
| **F (434) 845-8536** | **F (540) 389-2350** |
| | |
| By: **/s/ M. Paul Valois** | Seen: **/s/ Jim Guynn** |
|    **M. Paul Valois, Esquire** |    **Jim H. Guynn, Jr. Esquire** |
|    **Counsel for Plaintiff** |    **Counsel for Defendants** |
|    **Virginia State Bar No. 72326** |    **Virginia State Bar No. 22299** |
|    **mvalois@vbclegal.com** |    **JimG@guynnwaddell.com** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system

/s/ M. Paul Valois
M. Paul Valois